IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| FREDERICK ROY, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC <br><br> Defendant. | Civil Action No. 12-02771- ~~RDB~~ GLR |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 4th day of December, 2013, by and between Plaintiff and Defendant Equifax Information Services LLC that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear his or its own attorney's fees, costs and expenses incurred.

/s/ Gregory Gorski
GREGORY GORSKI
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
215-735-8600
215-940-8000 (fax)
ggorski@consumerlawfirm.com

Counsel for Plaintiff

/s/ Nathan Daniel Adler
NATHAN DANIEL ADLER
**NEUBURGER QUINN GIELEN
RUBIN AND GIBBER PA**
One South St 27th Floor
Baltimore, MD 21202
410-332-8516
410-332-8517 (fax)
nda@nqgrg.com

Counsel for Defendant
Equifax Information Services LLC

APPROVED THIS 5th DAY OF Dec 20 13.

_____
GEORGE L. RUSSELL, III, U.S.D.J.